

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| FOUNDERS FEDERAL CREDIT UNION,<br>         Plaintiff,<br><br>vs.<br><br>JAMES E. BENTON,<br>         Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 0:24-3721-MGL |

| | | |
|---|---|---|
| FOUNDERS FEDERAL CREDIT UNION,<br>         Plaintiff,<br><br>vs.<br><br>JAMES E. BENTON,<br>         Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 0:24-3726-MGL |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND REMANDING CASES TO STATE COURT**

Plaintiff Founders Federal Credit Union (Founders) filed these civil actions against Defendant James E. Benton (Benton). Founders initially filed the actions in the York County Court of Common Pleas, but Benton removed them to this Court.

This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending the Court sua sponte remand the actions to state court. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on July 18, 2024. To date, Benton has failed to file any objections.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and record in these cases under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court these cases are **REMANDED** to the York County Court of Common Pleas.

**IT IS SO ORDERED**.

Signed this 21th day of August 2024, in Columbia, South Carolina.

                                              s/ Mary Geiger Lewis
                                              MARY GEIGER LEWIS
                                              UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.